```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LOVE FUNDING CORPORATION,              :
                                       :
              Plaintiff,               :    17 Civ. 7437(JSR)
                                       :
         -v-                           :    OPINION AND ORDER
                                       :
WILLIAM E. JONES, JR.,                 :
                                       :
              Defendant.               :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

By letter motion dated November 30, 2017, defendant sought reconsideration of the Court's denial of his motion for leave to seek Rule 11 sanctions, see Order dated Nov. 28, 2017. Defendant's motion does not identify any "controlling decisions or data that the court overlooked." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Accordingly, while the Court is not unsympathetic to the difficulties to which defendant has been put, the Court sees no basis to reconsider its prior determination. This, however, in no way excuses the somewhat cavalier approach that plaintiff's counsel has taken to this litigation.

SO ORDERED.

Dated:  New York, NY
        December 1, 2017                    JED S. RAKOFF, U.S.D.J.